UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ALAN GABRIEL LA TORRE MARADIEGUE, LUISA STEPHANY RIQUERO NAZARIO,  Plaintiffs,  v.  ST. MARY'S HEALTH INC. d/b/a ST. VINCENT EVANSVILLE,  Defendant. | No. 3:23-cv-00006-MPB-MJD |

**FINAL JUDGMENT**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of St. Mary's Health Inc. d/b/a St. Vincent Evansville and against Alan Gabriel La Torre Maradiegue and Luisa Stephany Riquero Nazario.

**IT IS SO ORDERED.**

Dated: September 25, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.